AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

ADEBOWALE IJIYODE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:17-cr-00039

Upon the verdict of the jury, Adebowale Ijiyode was found not guilty on all six counts of the Indictment. Accordingly, IT IS ORDERED that Adebowale Ijiyode is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Waverly D. Crenshaw, Jr., Chief Judge
Name and Title of Judge

10/18/2018
Date