UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 3:17-cr-00039 |
| ADEBOWALE IJIYODE, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Magistrate Judge Newbern has issued a Report and Recommendation (Doc. No. 170) recommending that Defendant's Motion for Return of Property (Doc. No. 137) be denied. No objections have been filed. Having reviewed the matter *de novo* as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation (Doc. No. 170) is hereby **ACCEPTED** and **APPROVED** and Defendant's Motion for Return of Property (Doc. No. 137) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE